**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| MARVIN L. STEWART, | Case № 2:18-cv-01887-ODW (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ROBERT WILKIE, SECRETARY, DEPARTMENT OF VETERAN AFFAIRS, | |
| Defendant. | |

Pursuant to the Court's Order **GRANTING** Defendant's Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED**, **AND DECREED** as follows:

1. Plaintiff Marvin L. Stewart shall recover nothing from Defendant;
2. Defendant shall have **JUDGMENT** in its favor; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 22, 2020

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**